```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA

                                                Criminal No. 04-355 (CKK)

    v.

MIGUEL MORROW, *et al.*
_____/

### **GOVERNMENT'S MOTION *In Limine* TO LIMIT IMPEACHMENT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this motion *in limine*, to limit the matters the defendants may raise as impeachment of witness Noureddine Chtaini. In support of this motion, the government states as follows:

1. Witness and co-conspirator Noureddine Chtaini has three felony convictions:

    a) Felony theft, a juvenile adjudication in 1991;

    b) Felony weapons possession, in 1994, which has been set aside under the Youth Rehabilitation Act ("YRA"); and

    c) Felony theft, a 1995 conviction in Arlington, Virginia.

2. The government agrees that the last conviction (paragraph 1(c), above) is available for impeachment, but opposes any impeachment based on the juvenile adjudication or the matter set-aside under the YRA.

3. The juvenile adjudication is clearly beyond the time limit set by Rule 609 (b) of the Federal Rules of Evidence (FRE), in that

-2-

it is more than ten (10) years old and the defendants have given no notice of their intention to use this conviction.[1]  Since this conviction would *not*, therefore, "be admissible to attack the credibility of an adult," it is not admissible as a juvenile adjudication.  *See* FRE 609(d).

    4.  For the reasons set forth by the Court, on April 26, 2005, we contend that the set-aside YRA conviction is also unavailable for impeachment, under Rule 609(c).  *See* United States v. Pagan, 721 F.2d 24 (2d Cir. 1983); United States v. Wallulatum, 600 F.2d 1261 (9th Cir. 1979).

    5.  In addition, the government asserts that Mr. Chtaini has only one "alias" -- the name of his brother, Abdullah Chtaini.  All other aliases set forth in his criminal histories are either nicknames ("Dino" and "Tony") or are misspellings of his first or last name.

\* \* \* \* \*

---

[1] The government provided the materials relating to Mr. Chtaini's juvenile adjudications of Friday, April 22, 2005.

-3-

WHEREFORE, the government respectfully requests that the Court limit the matters available for impeachment of Noureddine Chtaini to his Arlington County theft conviction and one alias.

        Respectfully Submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar Number 451058

By: _____

        BARBARA E. KITTAY
        D.C. Bar #414216
        DANIEL P. BUTLER
        D.C. Bar #417718
        Assistant U.S. Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-6940, (202) 353-9431
        Barbara.Kittay@usdoj.gov
        Daniel.Butler@usdoj.gov