UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIQUEL MORROW, *et al.*,<br><br>Defendants. | Criminal Action No. 04-355 (CKK) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 2nd day of May, 2005, hereby

**ORDERED** that [316] the Government's Motion *in Limine* to Limit Impeachment is GRANTED-IN-PART and DENIED-IN-PART.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge