UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

                                                          Criminal No. 04-355 (CKK)

    v.

**CARLOS AGUIAR,**

        **Defendant.**

_____/

### GOVERNMENT'S SECOND MOTION *In Limine* TO LIMIT IMPEACHMENT, AND REQUEST FOR A PROFFER

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this second motion *in limine*, to limit a matter defendant Carlos Aguiar may raise as impeachment of witness Noureddine Chtaini, and to request a proffer. In support of this motion, the government states as follows:

    In his opening statement, counsel for defendant Aguiar suggested that he will prove that witness Noureddine Chtaini was involved in a "murder plot," and that it is his client's knowledge of the plot that has caused the witness to falsely accuse him (defendant Aguiar) of armed bank robbery. Although an individual known to the witness were murdered, and others known to him were arrested and charged with murder in 2003, this does not give

-2-

defendant Aguiar license to cross-examine the witness about the events unless he has a good faith basis to suggest that the witness was involved.

Because such an accusation is highly inflammatory, the government objects to this line of cross-examination and requests that the defendant provide a detailed proffer, outside the presence of the jury, setting forth his basis for suggesting that the witness was involved in a "murder plot." Moreover, the government believes that it is entitled to know the permissible areas of cross-examination before it begins its direct examination of the witness.

WHEREFORE, the government respectfully requests that the Court limit this area of impeachment of Mr. Chtaini, and that it require the defendant to provide a proffer of his basis for this line of questioning, in advance, and outside the presence of the jury.

                                      Respectfully Submitted,

                                      KENNETH L. WAINSTEIN
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 451058

By: _____

                                      BARBARA E. KITTAY
                                      D.C. Bar #414216
                                      DANIEL P. BUTLER
                                      D.C. Bar #417718
                                      Assistant U.S. Attorneys
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-6940, (202) 353-9431
                                      Barbara.Kittay@usdoj.gov
                                      Daniel.Butler@usdoj.gov