UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 04-355 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **MIQUEL MORROW, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## GOVERNMENT'S MOTION *IN LIMINE* REGARDING CROSS-EXAMINATION OF WITNESS OMAR HOLMES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this motion *in limine* regarding the anticipated cross-examination of government witness Omar Holmes.

Pursuant to his plea agreement, Mr. Holmes has provided the government with information about this case, as well as information as to other criminal activity of which he is aware by the defendants in this case and others. He has done so in the hope of earning a downward departure motion under the United States Sentencing Guidelines. This information has been summarized in FBI 302s which have been provided to defense counsel. There is, however, one matters as to which Mr. Holmes provided information of which he has knowledge, but which does not involve him or the defendants in this case. This information may ultimately be of benefit to the government and Mr. Holmes, but is not within the jurisdiction of this office. If the matter is charged and prosecuted in the other jurisdiction, it may be of benefit to
Mr. Holmes in his sentencing.

To disclose the specific nature of this matter at this time, however, would potentially compromise the investigation being conducted by the other jurisdiction. Accordingly, although the

government felt obligated to inform the defense that Mr. Holmes has provided some information unrelated to this case for which he may receive some benefit from the government in terms of a downward departure motion, the government does not believe that the defense is entitled to know the nature of the information provided by Mr. Holmes. The government will submit with this motion to the Court under seal and *ex parte* a brief summary of the information Mr. Holmes provided. The government believes that that summary will make it clear that the government is not required at this time to disclose the nature of the information Mr. Holmes provided to the government.

    Respectfully Submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. Bar Number 451058

By: _____

    BARBARA E. KITTAY
    D.C. Bar #414216
    DANIEL P. BUTLER
    D.C. Bar #417718
    Assistant U.S. Attorneys
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-6940, (202) 353-9431
    Barbara.Kittay@usdoj.gov
    Daniel.Butler@usdoj.gov