UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MIQUEL MORROW, *et al.*,<br><br>    Defendants. | Criminal Action No. 04-355 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 19th day of June, 2005, hereby

**ORDERED** that Court's oral ruling of June 17, 2005, which DENIED-IN-PART [417] the Government's Motion to Reopen Rebuttal Case and to Exclude an Additional Issue from Closing Argument and prevented the Government from reopening its rebuttal case, is REAFFIRMED; it is further

**ORDERED** that [417] the Government's Motion to Reopen Rebuttal Case and Exclude an Additional Issue from Closing Argument and its Supplemental Motion is GRANTED-IN-PART to the extent that it seeks to exclude Defendants from arguing that 18 U.S.C. § 924(c)(1) contains a *mens rea* requirement as to the precise type of weapon used or carried in their closing arguments; it is further

**ORDERED** that the Government's Supplemental Motion Regarding the "Scienter"

Requirement of 18 U.S.C. § 924(c) is GRANTED.

**SO ORDERED**.

        */s/*
COLLEEN KOLLAR-KOTELLY
United States District Judge