UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
)   CRIMINAL NO. 04-355  (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL. )
)
)
Defendant(s) )

**FILED**

JUN 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

① Jury Members have conflicts with sitting/deliberating on July 1, 2005. Jurors - #6, #7, #1, #11

② Because we are in deliberations, should we report to work this Thursday & Friday, (6/23 + 6/24/05)? as we have been?

③ Does the jury sit Monday, July 4, 2005?

DATE: 6/21/2005

TIME: 3:55 pm        FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
                          )
                          )
         Plaintiff(s)     )
                          )    CRIMINAL NO. 04-355 (CKK)
         vs.              )
                          )
                          )
                          )
                          )
MIQUEL MORROW, ET AL      )
                          )    **FILED**
                          )
         Defendant(s)     )    JUN 21 2005
                               NANCY MAYER WHITTINGTON, CLERK
                               U.S. DISTRICT COURT

### NOTE FROM JURY

Can we please have the easel with blank paper.

May we be excused for today we will start tomorrow

DATE: 6/21/04
TIME: 4:05 pm         FOREPERSON _____