UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
) **FILED**
)
) JUN 27 2005
MIQUEL MORROW, ET AL )
) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT
Defendant(s) )

## NOTE FROM JURY

My uncle died yesterday morning 7:15AM The Funeral is in South Carolina I will be back Tuesday Nite is it possible that I could be excused on 7·5·05

DATE: 6·27·05

TIME: 9:17AM        FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | CRIMINAL NO. 04-355 (CKK) |
| vs. | ) | |
| | ) | |
| MIQUEL MORROW, ET AL | ) | FILED |
| | ) | JUN 2 7 2005 |
| Defendant(s) | ) | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## NOTE FROM JURY

_Break_

DATE: 6-27-05

TIME: 11:25 AM        FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
    Plaintiff(s)         )
                         )    CRIMINAL NO. 04-355 (CKK)
    vs.                  )
                         )
                         )
                         )
MIQUEL MORROW, ET AL     )
                         )
                         )
    Defendant(s)         )

**FILED**

JUN 27 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

~~EXHIBITS~~

We need D-71, 72, 73

DATE: 6-27-05

TIME: 11:58 AM            FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**
JUN 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Video, T.V

DATE: 6·27·05

TIME: 1:42 pm        FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
         Plaintiff(s)    )
                         )    CRIMINAL NO. 04-355 (CKK)
         vs.             )
                         )
                         )
                         )
                         )
MIQUEL MORROW, ET AL     )
                         )
                         )
         Defendant(s)    )

FILED

JUN 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

Body Armor

DATE: _____
TIME: 2:15 PM           FOREPERSON _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
**Plaintiff(s)** )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
)
MIQUEL MORROW, ET AL )
)
)
**Defendant(s)** )

**FILED**

JUN 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break

DATE: 6·27·05

TIME: 3:15 pm        FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
        Plaintiff(s)     )
                         )     CRIMINAL NO. 04-355 (CKK)
        vs.              )
                         )
                         )
                         )              FILED
                         )
MIQUEL MORROW, ET AL     )           JUN 27 2005
                         )
                         )      NANCY MAYER WHITTINGTON, CLERK
        Defendant(s)     )           U.S. DISTRICT COURT

## NOTE FROM JURY

Finish for today

DATE: 6·27·05

TIME: 4:47 PM    FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s)      )
)    CRIMINAL NO. 04-355 (CKK)
vs.               )
)
)
)
)
MIQUEL MORROW, ET AL    )
)
)
Defendant(s)      )

**FILED**

JUN 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

May we have
DNA Report
Firearm Expert Report
Guns from 1st 4 Robberies
List of All Exhibits
Pictures

DATE: 6.27.05
TIME: 9:38 AM      FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
) **FILED**
)
MIQUEL MORROW, ET AL ) JUN 27 2005
)
) NANCY MAYER WHITTINGTON, CLERK
Defendant(s) ) U.S. DISTRICT COURT

## NOTE FROM JURY

Omar Holmes Transcript
Norrinne Chtainl
or may
Hear or it to be re read

DATE: 6-27-05

TIME: 9:47 AM        FOREPERSON _____