UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(11)

## NOTE FROM JURY

WE NEED SOME COPIES OF JURY INSTRUCTIONS

DATE: 6·22·05
TIME: 9:40 AM       FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
    Plaintiff(s)         )
                         )   CRIMINAL NO. 04-355 (CKK)
    vs.                  )
                         )
                         )
                         )
MIQUEL MORROW, ET AL     )
                         )
                         )
    Defendant(s)         )

FILED
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break Time. 11:05

DATE: 6-22-05
TIME: 10:50 AM   FOREPERSON ___