UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
) **FILED**
MIQUEL MORROW, ET AL )
) JUN 29 2005
)
Defendant(s) ) NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

FIREARMS.

We would like to see Sherman 3 and 5

DATE: 6-29-05

TIME: 10:31 AM     FOREPERSON   2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Firearm
Brinkley - 12 Colt - AR-15

Break

DATE: 6-29-05
TIME: 11:05 AM       FOREPERSON   2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
) **FILED**
)
MIQUEL MORROW, ET AL ) JUN 29 2005
)
) NANCY MAYER WHITTINGTON, CLERK
Defendant(s) ) U.S. DISTRICT COURT

## NOTE FROM JURY

~~May we be excused~~

We need some more of these forms and ask Mr. Patterson about pizza.

DATE: 6-29-05   6.29.05

TIME: ~~3:07pm~~   FOREPERSON  2

12:18 pm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
) **FILED**
)
MIQUEL MORROW, ET AL ) JUN 29 2005
)
) NANCY MAYER WHITTINGTON, CLERK
Defendant(s) ) U.S. DISTRICT COURT

## NOTE FROM JURY

Break

DATE: 6·29·05
TIME: 3:05 PM          FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
) **FILED**
)
MIQUEL MORROW, ET AL ) JUN 2 9 2005
)
) NANCY MAYER WHITTINGTON, CLERK
Defendant(s) ) U.S. DISTRICT COURT

## NOTE FROM JURY

What is the Difference Between Racketeering Act And the difference Between A Count-

DATE: 6 29 05

TIME: 3:14 PM     FOREPERSON  2