UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUN 30 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

May we have The Large Board of when The Banks were Rob and who was in that robbery

DATE: 6-30-05

TIME: 10:02 AM     FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
         Plaintiff(s)    )
                         )   CRIMINAL NO. 04-355  (CKK)
         vs.             )
                         )
                         )
                         )
MIQUEL MORROW, ET AL     )
                         )
                         )
         Defendant(s)    )

FILED

JUN 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

May we have some Tape

DATE: 6-30-05

TIME: 10:38 AM    FOREPERSON 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUN 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break

DATE: 6-30-05

TIME: 11:26 AM         FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

FILED

JUN 30 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

_BREAK_

DATE: 6-30-05
TIME: 3:28 PM    FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
) FILED
)
) JUN 3 0 2005
MIQUEL MORROW, ET AL )
) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT
Defendant(s) )

## NOTE FROM JURY

When referring to Jury Verdict form, Charge Count 4 for Miguel Morrow, the count reads "Using..... 22, 2004." However when referring to Jury Instructions, part 2, page 31, the count includes "and aiding and abetting the same". Can you please clarify which count text to follow.

DATE: 6·30·05
TIME: 3:25 pm     FOREPERSON  2