**FILED**

JUN 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 30, 2005

Dear Jurors,

In response to your question, "When referring to [the] Jury Verdict form, Count 4 for Miquel Morrow, the Count reads: 'Using and carrying a firearm during and in relation to a crime of violence on or about January 22, 2004.' However, when referring to [Count 4 in the] Jury Instructions, part 2, page 31, the Count includes 'using and carrying a firearm during a crime of violence on January 22, 2004, and *aiding and abetting the same.*' Can you please clarify which Count text to follow?", sent at 3:25 p.m. on Thursday, June 30, 2005:

Miquel Morrow has been charged by the Government in Count 4 of the Indictment with "using and carrying a firearm during and in relation to a crime of violence on or about January 22, 2004" acting either as a principal or as an aider and abettor. *See* Page 35 (Part II) of the Jury Instructions (regarding the definition of "aiding and abetting"). The jury should read the complete Instruction on the offense of "using and carrying a firearm during and in relation to a crime of violence," which sets out each of the elements of the offense that the Government must prove beyond a reasonable doubt.

COLLEEN KOLLAR-KOTELLY
United States District Judge