UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
) **FILED**
)
MIQUEL MORROW, ET AL )
) JUL - 5 2005
)
) NANCY MAYER WHITTINGTON, CLERK
Defendant(s) ) U.S. DISTRICT COURT

## NOTE FROM JURY

May We have the Guns All of them

DATE: 7.5.05

TIME: 9:57    FOREPERSON 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUL - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break

DATE: 7-5-05
TIME: 11:15AM    FOREPERSON 2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | CRIMINAL NO. 04-355 (CKK) |
| vs. | ) | |
| | ) | |
| RAQUEL MORROW, ET AL | ) | **FILED** |
| | ) | |
| | ) | JUL - 5 2005 |
| Defendant(s) | ) | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## NOTE FROM JURY

Judge Kotelly may we have your permission to go to cafeteria Jurior 2 and 12 with one escort. Please Thank you

DATE: 7·05·05

TIME: 11:27.6    FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
         Plaintiff(s)    )
                         )        CRIMINAL NO. 04-355 (CKK)
         vs.             )
                         )
                         )
                         )
                         )
MIQUEL MORROW, ET AL     )
                         )        FILED
                         )
         Defendant(s)    )        JUL - 5 2005

                                  NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

### NOTE FROM JURY

_____

_____

_____Break_____

_____Thank you_____

_____

_____

_____

DATE: 7-05-05

TIME: 3:52       FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
            Plaintiff(s) )
                         )   CRIMINAL NO. 04-355 (CKK)
         vs.             )
                         )
                         )
                         )
MIQUEL MORROW, ET AL     )
                         )
                         )
            Defendant(s) )

**FILED**

JUL - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

"Tomorrow" may we have Exhibits M-152 thru M-210 Amunition and or shell casings

DATE: 7·5·05
TIME: 4:12 PM        FOREPERSON  2