UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
) **FILED**
)
MIQUEL MORROW, ET AL ) JUL - 6 2005
)
) NANCY MAYER WHITTINGTON, CLERK
Defendant(s) ) U.S. DISTRICT COURT

## NOTE FROM JURY

May we have the amunition we ask for

DATE: 7-6-05

TIME: 9:47 AM        FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s)    )<br>)<br>vs.    )<br>)<br>)<br>)<br>MIQUEL MORROW, ET AL    )<br>)<br>)<br>Defendant(s)    ) | CRIMINAL NO. 04-355 (CKK)<br><br>**FILED**<br>JUL - 6 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**NOTE FROM JURY**

make a xerox copy of
May we, ~~have a copy~~
of this Exhibit M-52

DATE: 7-6-05
TIME: 10:18     FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUL - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break Please Thank You

DATE: 7-6-05

TIME: 11:22 AM      FOREPERSON  2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**
JUL - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

Would you get us Sherman 31-Q213

DATE: 7-6-05
TIME: 3:06 pm    FOREPERSON   2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

FILED

JUL - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Will you make some more copies of this sheet.

Break time. Thank you.

DATE: 7·6·05

TIME: 3:20 pm        FOREPERSON   2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

FILED
JUL - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

1:00 pm
I have two Doctors Appointments EYE doctor And A dental
11:00 am
Appointment on this 7/8/05 the EYE doctors Appointment
I would like to Keep it, is important Jury #13.

DATE: 7-6-05
TIME: 3:34      FOREPERSON   2