# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                       )
                       )
      Plaintiff(s)     )
                       )      CRIMINAL  NO. 04-355  (CKK)
      vs.            )
                       )
                       )
                       )
MIQUEL MORROW, ET AL    )
                       )
                       )
      Defendant(s)    )

**FILED**

JUL - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Would you make a copy off
CCA-086.
Also may we have exhibits
CCA-87 thru CCA-112 and CCA-113

DATE: 7·7·05
TIME: 10:43 AM     FOREPERSON    2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )

                      )
                      )

        Plaintiff(s)     )

                      )     CRIMINAL  NO. 04-355  (CKK)

        vs.             )

                      )

                      )

MIQUEL MORROW, ET AL      )

                      )

        Defendant(s)    )

**FILED**

JUL - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break please thank you

DATE: 7·7·05

TIME: 10:58 AM    FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )

)
)
Plaintiff(s)                        )
)          CRIMINAL  NO. 04-355  (CKK)
vs.                             )
)
)
)
MIQUEL MORROW, ET AL            )
)
)
Defendant(s)                    )

**FILED**

JUL - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

We need to see Sherman
11, 12, 13

DATE: 7.7.05
TIME: 12:30 PM     FOREPERSON   2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                              )

       Plaintiff(s)       )

                              )     CRIMINAL NO. 04-355 (CKK)

       vs.            )

                              )

MIQUEL MORROW, ET AL    )

                              )

       Defendant(s)   )

**FILED**

JUL - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Cancel Sherman
11, 12, 13
              Thank You.

DATE: 7·7·05

TIME: 1:49 PM    FOREPERSON   2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )

**Plaintiff(s)**         )

                   )     **CRIMINAL NO. 04-355  (CKK)**

**vs.**              )

                   )

**MIQUEL MORROW, ET AL**    )

                   )

**Defendant(s)**     )

**FILED**

JUL - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break please thank you

DATE: 7·7·05

TIME: 3·23 PM     FOREPERSON 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                          )
                          )
          Plaintiff(s)    )
                          )        CRIMINAL NO. 04-355  (CKK)
          vs.             )
                          )
                          )
                          )
MIQUEL MORROW, ET AL      )
                          )        **FILED**
                          )
          Defendant(s)    )        JUL - 7 2005

                                   NANCY MAYER WHITTINGTON, CLERK
                                   U.S. DISTRICT COURT

### NOTE FROM JURY

*May we please have the testimony of Antwoin Perry tomorrow.*

DATE: _7/7/05_

TIME: _4:50 pm_        FOREPERSON _____