UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>)<br>)<br>MIQUEL MORROW, ET AL )<br>)<br>Defendant(s) ) | CRIMINAL NO. 04-355 (CKK)<br><br>**FILED**<br>JUL - 8 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### NOTE FROM JURY

May we have Exhibit Brinkley 23, 24

DATE: 7-8-05

TIME: 10:40 AM    FOREPERSON  2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | CRIMINAL NO. 04-355 (CKK) |
| vs. | ) | |
| | ) | |
| MIQUEL MORROW, ET AL | ) | |
| | ) | |
| Defendant(s) | ) | |

**FILED**

JUL - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break thank you

DATE: 7·8·05

TIME: 11:16 AM      FOREPERSON   2