UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
) **FILED**
)
MIQUEL MORROW, ET AL ) JUN 28 2005
)
) NANCY MAYER WHITTINGTON, CLERK
Defendant(s) ) U.S. DISTRICT COURT

## NOTE FROM JURY

Is it possible if we could have the Defendents Heights or see them stand?

DATE: 6-28-05

TIME: 10:26 AM    FOREPERSON _____

June 28, 2005

Dear Jurors,

In response to the issue of the Defendants' heights, you have whatever evidence there is on this issue.

COLLEEN KOLLAR-KOTELLY
United States District Judge

FILED
JUN 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUN 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Break!

0

DATE: 6·28·05

TIME: 11:07AM       FOREPERSON

I am going to give you the transcript of the testimony of Nourredine Chtaini as you requested. I want to caution you that in reviewing this transcript that this testimony has to be considered with all of the other testimony and evidence you have heard and seen. You are to weigh all of the evidence as a whole and not place undue emphasis on just this testimony. In addition, the transcript is not authoritative and should not prevail over your own memories of the testimony. You should also not substitute this transcript for your memory of the evidence or for your assessment of the credibility of the witnesses. You should also review the complete transcript and not just portions of it.

**FILED**

JUN 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT