UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
) **FILED**
)
) JUL 1 1 2005
Defendant(s) )

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

We Need Exhibits
IB-62, 63 and Sherman 32

DATE: 7-11-05

TIME: 10:00 AM        FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>MIQUEL MORROW, ET AL )<br>)<br>)<br>Defendant(s) ) | CRIMINAL NO. 04-355 (CKK)<br><br>**FILED**<br><br>JUL 1 1 2005<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## NOTE FROM JURY

Break please
Thank you

DATE: 7-11-05
TIME: 11:14 AM          FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s) )<br>) CRIMINAL NO. 04-355 (CKK)<br>vs. )<br>)<br>)<br>)<br>MIQUEL MORROW, ET AL )<br>)<br>)<br>Defendant(s) ) | **FILED**<br>JUL 1 1 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## NOTE FROM JURY

May we have Exhibits Sherman, 26, 27, 28.

DATE: 7·11·05

TIME: 2:13pm       FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
         Plaintiff(s)    )
                         )    CRIMINAL NO. 04-355 (CKK)
         vs.             )
                         )
                         )
                         )
                         )
MIQUEL MORROW, ET AL     )    FILED
                         )
                         )    JUL 1 1 2005
         Defendant(s)    )
                              NANCY MAYER WHITTINGTON, CLERK
                              U.S. DISTRICT COURT

## NOTE FROM JURY

Break please
Thank you

DATE: 7·11·05
TIME: 3:30 pM     FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUL 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

Exhibit SUN 002 is not working in Machine To see SunTrust

DATE: 7-11-05

TIME: 5:05 PM       FOREPERSON _____