UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
        Plaintiff(s)     )
                         )   CRIMINAL NO. 04-355 (CKK)
        vs.              )
                         )
                         )
                         )   **FILED**
MIQUEL MORROW, ET AL     )
                         )   JUL 1 4 2005
                         )
        Defendant(s)     )   NANCY MAYER WHITTINGTON, CLERK
                             U.S. DISTRICT COURT

## NOTE FROM JURY

May we have Exhibit-18 GBK shoe, and Black Dress Shoe in the box with motorcycle helmet.

DATE: 7-14-05

TIME: 11:00 AM      FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
) **FILED**
)
) JUL 1 4 2005
MIQUEL MORROW, ET AL )
) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT
Defendant(s) )

## NOTE FROM JURY

Break please thank you

DATE: 7·14·05

TIME: 11-18 AM        FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | CRIMINAL NO. 04-355 (CKK) |
| vs. ) | |
| ) | **FILED** |
| ) | JUL 1 4 2005 |
| MIQUEL MORROW, ET AL ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| Defendant(s) ) | |

## NOTE FROM JURY

Is there a stipulation or other documentation indicating that Malvin Palmer - AKA Omar Anderson had been convicted of a crime punishable by a term of imprisonment exceeding one year. If so, may we please have a copy.

DATE: 7-14-05

TIME: 3:12 PM     FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
) **FILED**
)
) JUL 1 4 2005
MIQUEL MORROW, ET AL )
) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT
Defendant(s) )

## NOTE FROM JURY

Break please thank you

DATE: 7·14·05
TIME: 3:20 PM        FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>MIQUEL MORROW, ET AL )<br>)<br>)<br>Defendant(s) ) | CRIMINAL NO. 04-355 (CKK) |

## NOTE FROM JURY

We have Exhibit D-11
we do not need a copy
Thank you

DATE: 7-14-05
TIME: 4:05 pm        FOREPERSON_____