UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
) **FILED**
)
) JUL 15 2005
MIQUEL MORROW, ET AL )
) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT
Defendant(s) )

## NOTE FROM JURY

Break please thank you

DATE: 7·15·05

TIME: 11:13 AM          FOREPERSON _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | CRIMINAL NO. 04-355 (CKK) |
| vs. ) | |
| ) | **FILED** |
| ) | JUL 1 5 2005 |
| MIQUEL MORROW, ET AL ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| Defendant(s) ) | |

## NOTE FROM JURY

We have a verdict.

DATE: 7.15.05

TIME: 2:45 PM          FOREPERSON _____