UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

BRYAN BURWELL,
also known as Bush

Criminal No: 04-355-05

(CKK)

JURY VERDICT FORM FOR
DEFENDANT BRYAN BURWELL

**FILED**

**JUL 1 5 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

BRYAN BURWELL, a/k/a Bush

**Count One**: Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity, from on or about January 21, 2004, and continuing thereafter up to and including on or about August 5, 2004. In order to find the defendant guilty of this Count, you must unanimously find, in addition to the elements, that the defendant agreed to commit, committed, or agreed that another member of the conspiracy would commit, at least two racketeering acts. (See Final Jury Instructions, Part II, pp. 4-14.)

Guilty: _X_    Not Guilty: _____

*You should make unanimous findings with respect to each of the racketeering acts listed below by marking "Proven" or "Not Proven." (See Final Jury Instructions, Part II, pp. 6-12.)*

**Racketeering Act 3:** Armed robbery of the Industrial Bank located at 2012 Rhode Island Avenue, N.E., Washington, D.C., on or about June 12, 2004. (See Final Jury Instructions, Part II, pp. 7-8.)

Proven: _X_    Not Proven: _____

Page 2 - Burwell

**Racketeering Act 6:** Armed robbery of the Chevy Chase Bank located at 5823 Eastern Avenue, Chillum, Maryland, on or about May 27, 2004. (See Final Jury Instructions, Part II, p. 9.)

**Proven:** ✳     **Not Proven:** ____

**Count Two:** Conspiracy to commit offenses against the United States, that is, armed robberies of banks the deposits of which were then insured by the Federal Deposit Insurance Corporation. (See Final Jury Instructions, Part II, pp. 15-25.)

**Guilty:** ✳     **Not Guilty:** ____

**Count Ten:** Armed robbery of Industrial Bank on or about June 12, 2004. (See Final Jury Instructions, Part II, pp. 26-30.)

**Guilty:** ✳     **Not Guilty:** ____

**Count Eleven:** Using and carrying a firearm during and in relation to a crime of violence on or about June 12, 2004. (See Final Jury Instructions, Part II, pp. 31-36)

**Guilty:** ✳     **Not Guilty:** ____

*If you find the defendant guilty of Count Eleven, then you must answer each of the following questions relative to the firearm involved:*

(A) Defendant used or carried a firearm or aided and abetted the use and carrying of the firearm.

**Proven:** ✳     **Not Proven:** ____

Page 3 - Burwell

(B) Defendant possessed a firearm or aided and abetted the possession of the firearm.

**Proven:** _✗_  **Not Proven:**_____

(C) Defendant brandished the firearm or aided and abetted the brandishing of the firearm.

**Proven:** _✗_  **Not Proven:**_____

(D) Defendant discharged the firearm or aided and abetted the discharge of the firearm.

**Proven:** _✗_  **Not Proven:**_____

(E) The firearm was a semiautomatic assault weapon.

**Proven:** _✗_  **Not Proven:**_____

(F) The firearm was a machinegun.

**Proven:** _✗_  **Not Proven:**_____

_7·15·05_  
Date

_____  
JUROR FOREPERSON