UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
)  CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)  **FILED**
)
MIQUEL MORROW, ET AL )  JUL 1 3 2005
)
)  NANCY MAYER WHITTINGTON, CLERK
Defendant(s) )  U.S. DISTRICT COURT

## NOTE FROM JURY

Break please Thank you

DATE: 7·13·05

TIME: 3:23 PM        FOREPERSON _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
) **FILED**
Defendant(s) )
JUL 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

May we have Exhibit Sherman 41

DATE: 7-13-05

TIME: 2:33pm        FOREPERSON_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s)     )<br>)<br>vs.              )<br>)<br>)<br>)<br>)<br>MIQUEL MORROW, ET AL  )<br>)<br>)<br>Defendant(s)    ) | CRIMINAL NO. 04-355 (CKK)<br><br>**FILED**<br>JUL 1 3 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>NOTE FROM JURY</u>

Break please Thank you

DATE: 7·13·05

TIME: 11:27 AM    FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
Plaintiff(s) )
) CRIMINAL NO. 04-355 (CKK)
vs. )
)
)
)
MIQUEL MORROW, ET AL )
)
)
Defendant(s) )

**FILED**

JUL 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

May we have a Dictionary please

Thank you

DATE: 7·13·05

TIME: 9:58 AM    FOREPERSON _____

July 13, 2005

Dear Jurors,

In response to your question, "May we have a dictionary, please?," sent on July 13, 2005, at 9:58 a.m.:

It is not considered appropriate to provide a dictionary to juries, as the legal definition of a term may differ from the colloquial meaning defined in a dictionary. If you require assistance with the definition of a word or term, please send a note back indicating the specific term or word for which you require assistance as to its meaning.

                                                  /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge