UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,

    Plaintiff,

     v.

MIGUEL MORROW, *et al.*

    Defendants.

Criminal Action No. 04-355 (CKK)

# FILED

**MAR 1 7** 2008

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT **COURT**

**ORDER**
(March 17, 2008)

The Government has reviewed the following previously sealed transcripts of *ex parte* proceedings that occurred during the course of this litigation: (1) Tr. 5/4/05 AM, beginning at p. 3240; and (2) Tr. 5/19/05 AM, beginning at p. 4895, and has notified the Court that it does not object to the release of the foregoing transcripts to defense counsel so that those transcripts may be used in Defendants' appeals. *See* Gov't Resp. to Ct. Order, Docket No. [743].

Accordingly, it is this 17th day of March, 2008, hereby

**ORDERED** that the transcripts–(1) Tr. 5/4/05 AM, beginning at p. 3240; and (2) Tr. 5/19/05 AM, beginning at p. 4895–shall be made available to defense counsel. Those transcripts shall remain under seal as to the public, since the need for sealing has not demonstrably changed.

**SO ORDERED.**

Date:  March 17, 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

( N )