UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,

    Plaintiff,

    v.

MIGUEL MORROW, *et al.*

    Defendants.

Criminal Action No. 04-355 (CKK)

# FILED

APR – **8** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(April 8, 2008)

Counsel for Defendants have reviewed the following previously sealed transcripts of *ex parte* proceedings that occurred during the course of this litigation: (1) Tr. 5/2/05 AM, beginning at p. 2866; (2) Tr. 5/3/05 PM, beginning at p. 3199; (3) Tr. 5/5/05 AM, beginning at p. 3490; (4) Tr. 5/5/05 PM, at p. 3546-3549; (5) Tr. 5/10/05 AM, at p. 3879-3891; (6) Tr. 5/26/05 AM, at p. 5205-5209; (7) Tr. 6/1/05 AM, beginning at p. 5286; and (8) Tr. 6/1/05 PM, at 5512-5518, and have notified the Court that they do not object to the release of the foregoing transcripts to the Government so that the transcripts may be used in Defendants' appeals. *See* Defs' Resp. to Order, Docket No. [746-2].

Accordingly, it is this 8th day of April, 2008, hereby

**ORDERED** that the transcripts–1) Tr. 5/2/05 AM, beginning at p. 2866; (2) Tr. 5/3/05 PM, beginning at p. 3199; (3) Tr. 5/5/05 AM, beginning at p. 3490; (4) Tr. 5/5/05 PM, at p. 3546-3549; (5) Tr. 5/10/05 AM, at p. 3879-3891; (6) Tr. 5/26/05 AM, at p. 5205-5209; (7) Tr. 6/1/05 AM, beginning at p. 5286; and (8) Tr. 6/1/05 PM, at 5512-5518–shall be made available to the Government.  The transcripts shall remain under seal as to the public, since the need for

(N)

sealing has not demonstrably changed.

**SO ORDERED.**

Date:   April 8, 2008.

COLLEEN KOLLAR-KOTELLY
United States District Judge